# UNITED STATES DISTRICT COURT

## for the

### Southern District of Indiana

| | |
|---|---|
| Komaa Mnyofu_____ ) <br> Plaintiff(s) ) <br> ) <br> -v- ) <br> ) <br> CITY OF INDIANAPOLIS, ) <br> INDIANAPOLIS METROPOLITAN POLICE ) <br> DEPARTMENT; ) <br> Officer JOHN FREDERICK, Star # 43843; ) <br> Officer KENNETH PIERCE, Star # 43543 ) <br> Officer EBERT OCAMPO, Star # 44482; ) <br> Officer CALEB MELLOH, Star # 42519; ) <br> Officer KAITLYN HOLLAR, Star # 42855; ) <br> ) <br> Other unnamed/unknown defendants. ) <br> ) <br> ) <br> _____ ) <br> Defendants ) | **FILED** <br><br> DEC 1 0 2025 <br><br> U.S. CLERK'S OFFICE <br> INDIANAPOLIS, INDIANA <br><br> ———————————— <br><br><br> 1:25-cv-2511-JPH-MG |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint),

### 1. Basis for Jurisdiction

Under 42 U.S.C. Sec. 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]. Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (199971), you may sue federal officials for the violation of certain constitutional rights.

**This Court has jurisdiction** of this cause pursuant to 28 U .S.C. § 1331.
This action is  brought pursuant to 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution and laws of the United States.
**Venue** is proper in this judicial district pursuant to 28 U.S.C. § 1391.
At all relevant times defendants have acted under color of state law.

1

A. Are you bringing suit against:

 **X** **State** or **local** officials (a Sec 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]. 42 U.S.C. Sec. 1983. If you are suing under Section 1983, what federal constitutional or statutory right(s) do you claim is/are/were being violated by state or local officials?

 4th Amendment protection against warrantless arrest and 'unreasonable searches and seizures';
 5th Amendment right to 'remain silent and due process of law' before being deprived of life, liberty and property;
 14th Amendment Equal protection, Due process clauses and Incorporation doctrine;

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law.

## II. The Parties to This Complaint

### A. The Plaintiff(s)

**Name** Komaa Mnyofu
Address 4341 Kildare Ct
    Matteson, IL 60443
County Cook
Tele No. (708) 253-8755
Email: kmnyofu@netscape.net

### B. The Defendant(s)

Defendant No. 1

**CITY OF INDIANAPOLIS** with supervisory authority over the **INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT**

**Address:** Office of Corporation Counsel
    City-County Building
    200 E. Washington St.
    Suite 1601
    Indianapolis, IN 46204

2

County:     Marion
Tele No.    (317) 327-4055
Email:      None listed

0     Individual capacity          **X Official capacity**

Defendant No. 2

### INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT

**Address:**    Office of Corporation Counsel
                City-County Building
                200 E. Washington St.
                Suite 1601
                Indianapolis, IN 46204
                County:      Marion
Tele No.        (317) 327-4055
Email:          None listed

0     Individual capacity          **X Official capacity**

Defendant(s) No. 3 - 7

**IMPD Officers:** (3) **JOHN FREDERICK** "Star # 43843"
                   (4) **KENNETH PIERCE** "Star # 43543"
                   (5) **EBERT OCAMPO** "Star # 44482"
                   (6) **CALEB MELLOH** "Star # 42519"
                   (7) **KAITLIN HOLLAR** "Star # 42855"

**Address:**    Office of Corporation Counsel
                City-County Building
                200 E. Washington St.
                Suite 1601
                Indianapolis, IN 46204
                County: Marion
Tele No.        (317) 327-4055
Email:          None listed

0     Individual capacity          **X     Official capacity**

**III.        STATEMENT OF CLAIM**

         **A.     Where did the events giving rise to your claim(s) occur?**

         Cash America Pawn, 3557 Lafayette Rd, Indianapolis, IN 46222

3

**B.**    **What date and approximate time did the events giving rise to your claim(s) occur?**

**February 10, 2025, 10:30 pm**

**C.**    **What are the facts underlying your claim(s)?**

*On February 10, 2025, at approximately 10:25 pm, Defendant John Frederick* ("Star # 43843") approached my vehicle on foot on the passenger side window, while I was seated in the driver's seat and parked on the parking lot of a business ("Cash America Pawn") located at 3557 Lafayette Rd., Indianapolis, IN. **Defendant Frederick** demanded that I roll down the passenger side window and demanded my identification.

**Defendant Frederick** had not made a traffic stop, I was not committing a crime in front of Defendant Frederick, had not committed any crime, there were no exigent circumstances, nor did Frederick present a 4th Amendment arrest or search warrant based on probable cause. All of this exchange was recorded on my cell phone audio and video.

**On February 10, 2025 , *at approximately 10:25 pm, Defendant Kenneth Pierce ("Star # 43543")*** approached my vehicle on foot on the driver's side window, while I was seated in the driver's seat and parked on the parking lot of a business ("Cash America Pawn") located at 3557 Lafayette Rd., Indianapolis, IN. Defendant Pierce demanded that I get out of my vehicle simply because he "said so."

While audio and video recording this exchange with Defendant Pierce, **Defendant Pierce** violently knocked my cell phone from my hand causing it to land on the ground. All of this exchange was recorded on my cell phone audio and video.

**Defendant Pierce** tried to drag me thru the open driver's window and said he would "mace" me.
After forcibly removing me from my vehicle, and being handcuffed, both **Defendants Pierce and Frederick** searched my vehicle and removed a copy of an email from me to the Coroner's Office of Marion County Indianapolis, IN. dated February 10, 2025. Defendant Pierce took possession of my cell phone as well.

**Defendant Pierce** had not made a traffic stop, I was not committing a crime in front of Pierce, had not committed any crime, there were no exigent circumstances, nor did Defendant Pierce present a 4th Amendment arrest or search warrant based on probable cause.

4

*On February 10, 2025, at approximately 10:25 pm, Defendant officers Caleb Melloh ("Star # 42519"), Defendant Ebert Ocampo ("Star # 44482"), Defendant Kaitlyn Hollar ("Star # 42855")* were present with and witnessed Defendant Pierce in the violent knocking of my cell phone from my hand, forced removal from my vehicle, the handcuffing of myself, warrantless search of my vehicle, confiscation of my cell phone and removal from my vehicle of the copy of the email from me to the Coroner's Office of Marion County Indianapolis, IN. dated February 10, 2025.

**Defendant Hollar** stood guard next to me as the officers searched my vehicle and as one officer took the copy of the email down the street next door to a Rally's restaurant.

One of the Defendant officers returned to a police vehicle with a female later identified as "Kayla Thompson". The officer gave Thompson the February 10, 2025, email taken from my vehicle and let her read it. After reading it, Thompson walked away from the police vehicle and headed back towards the Rallys restaurant.

**Defendant Pierce** then approached where **Defendant Hollar** had been guarding me while handcuffed. Defendant Pierce said I was **now "under arrest"** for stalking and ignored my right to remain silent and proceeded to ask me a series of questions.

**Defendant Pierce** called for a patty wagon which arrived and I was placed in it and transferred to the Marion County Jail where I was processed and after posting bond ($500.00) was subsequently released on February 11, 2025.

**Defendants Caleb Melloh** ("Star 42519"), **Defendant Ocampo** (" Star # 44482"), **Defendant Hollar** ("Star # 42855"), had not made a traffic stop, I was not committing a crime in front of these Defendants, had not committed any crime, there were no exigent circumstances, nor did these Defendants present a 4th Amendment arrest or search warrant based on probable cause.

But for the collective actions of the **Defendants** ("*John Frederick Star # 43843, Kenneth Pierce Star # 43583, Ebert Ocampo Star # 44482, Caleb Melloh Star # 42519, and Kaitlyn Hollar Star # 42855*"), none of the violations of my constitutional rights as protected under the 4th, 5th and 14th Amendments would have occurred.

5

Additionally, the seizing, towing and impoundment of my vehicle and the costs of recovery ($317.00) are added damages along with posting a $500.00 dollar bond. The false arrest on a false allegation of felony stalking resulted in an intentional infliction of emotional distress and an unlawful touching assault and battery.

**On February 14, 2025,** at 1st appearance on the false allegation of felony stalking, in the Marion Superior Court Criminal Division, I was handed a document by the clerk of that court titled,

**"NOTICE OF CHARGING DECISION"** which read:

*"The Marion County Prosecutor's Office hereby notifies the Marion Superior Court, Criminal Division, that the State does not intend to file any charges against above-named defendant at this time."*

/s/ Cathy McCallum
Cathy McCallum
Deputy Prosecuting Attorney

*(Cause or Non-Case Number: 49D-0026-2502-MC-00468)*

---

## IV.    Injuries

No medical treatment was offered, and no medical injuries were reported; however, a state claim of IED ("Intentional Infliction of Emotional Distress") is made over which this court has pendant jurisdiction, including a Tort claim for assault and battery. Actual damages for towing fee and storage in the amount of $ 317.00; bond in the amount of $500.00.

## V.    Relief

**WHEREFORE,** plaintiff respectfully requests that this court:

Accept jurisdiction of this cause and set it for hearing.

Declare that the defendants have violated the rights of the plaintiff for the reasons specified above.

Further, to enjoin defendants from engaging in any further illegal acts against plaintiff as alleged in this complaint.

Award the plaintiff his costs and attorneys' fees, if any, pursuant to 42 U.S.C. § 1988. Award all other proper relief.

6

## VI.    Certification and Closing

Under Federal Rules of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation. (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing.  12/10/                                    2025

Signature of Plaintiff

Printed Name of Plaintiff

7